UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIGUEL KOLMAR ALEXANDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL,[1] )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:18CV1122 HEA |

## OPINION, MEMORANDUM AND ORDER

This matter is before the court on its own motion. Plaintiff filed complaint against the defendant on July 10, 2018 for judicial review of the final decision of the defendant Commissioner of Social Security denying the application of plaintiff for disability insurance benefits under Title II, 42 U.S.C. §§ 401, *et seq*. and/or denial of supplemental security income benefits under Title XVI, 42 U.S.C. §§ 1381, *et seq*.

---

[1] The Court takes judicial notice that on June 4, 2019, Andrew M. Saul was confirmed as Commissioner of Social Security. *See* https://www.congress.gov/nomination/116th-congress/94. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner Saul is substituted for Nancy A. Berryhill as defendant in this action. No further action needs to be taken to continue this suit by reason of 42 U.S.C. § 405(g) (last sentence).

On July 11, 2018 the Court issued a case management order outlining applicable deadlines in the case. The case management order required defendant to file an answer, along with a transcript of the proceedings, to the complaint, within 60 days of being served with a copy of same. Defendant complied by filing an answer on September 10, 2018. The case management order also required Plaintiff to file his brief in support of the complaint within 30 days after being served with a copy of the Answer filed by defendant. Plaintiff has failed to comply with the case management order. Ten months have elapsed.

As it appears Plaintiff is proceeding pro se and without counsel the court will extend to Plaintiff the opportunity to Show Cause why his complaint should not be dismissed

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted up to and including August 22, 2019 to show cause why his complaint should not be dismissed.

**IT IS FURTHER ORDERED** that failure to respond will result in the complaint being dismissed with prejudice.

Dated this 15th day of August, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE